PATRICIA A. WASHIENKO (BBO# 641615)
pwashienko@washienkolaw.com
ALLISON L. WILLIARD (BBO# 692652)
awilliard@washienkolaw.com
WASHIENKO LAW GROUP, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110
Telephone:  617-723-0008
Fax:  617-723-0009

Attorneys for Plaintiff Katherine Merrill Dunham

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHERINE MERRILL DUNHAM, <br><br> Plaintiff, <br><br> v. <br><br> WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK, <br><br> Defendants. | Civil Action No. 1:25-cv-12195 |

**NOTICE OF APPEARANCE**

Now comes the undersigned and the firm of Washienko Law Group LLC and hereby notifies the Court and parties of the entry of appearance of Patricia A. Washienko and Allison L. Williard of the law firm Washienko Law Group LLC as counsel for Plaintiff Katherine Merrill Dunham in the above-captioned matter.

2

                                             KATHERINE MERRILL DUNHAM,
By her attorneys,


          /s/ Patricia Washienko
Patricia A. Washienko, BBO# 641615
pwashienko@washienkolaw.com
Allison L. Williard, BBO # 692652
awilliard@washienkolaw.com
WASHIENKO LAW GROUP LLC
211 Congress Street, Suite 720
Boston, MA  02110
p:  617.723.0008  f:  617.723.0009

Dated:  September 23, 2025