PATRICIA A. WASHIENKO (BBO# 641615)
pwashienko@washienkolaw.com
ALLISON L. WILLIARD (BBO# 692652)
awilliard@washienkolaw.com
WASHIENKO LAW GROUP, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110
Telephone:  617-723-0008
Fax:  617-723-0009

Attorneys for Plaintiff Katherine Merrill Dunham

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>　　Plaintiff,<br><br>v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>　　Defendants. | Civil Action No. 1:25-cv-12195 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Katherine Merrill Dunham hereby gives notice of voluntary dismissal of her claims against Defendant Courtney Cole in the above-captioned matter. Defendant Cole has not served any responsive pleading in this action (nor have any of the other defendants). Accordingly, Plaintiff notices voluntary dismissal of her claims against Defendant Courtney Cole, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

KATHERINE MERRILL DUNHAM,
By her attorneys,


_____/s/ Patricia Washienko_____
Patricia A. Washienko, BBO# 641615
pwashienko@washienkolaw.com
Allison L. Williard, BBO # 692652
awilliard@washienkolaw.com
WASHIENKO LAW GROUP LLC
211 Congress Street, Suite 720
Boston, MA  02110
p:  617.723.0008  f:  617.723.0009

Dated:  October 14, 2025

2