PATRICIA A. WASHIENKO (BBO# 641615)
pwashienko@washienkolaw.com
ALLISON L. WILLIARD (BBO# 692652)
awilliard@washienkolaw.com
WASHIENKO LAW GROUP, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110
Telephone:  617-723-0008
Fax:  617-723-0009

Attorneys for Plaintiff Katherine Merrill Dunham

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>    Plaintiff,<br><br>v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>    Defendants. | Civil Action No. 1:25-cv-12195 |

**<u>AMENDED NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Katherine Merrill Dunham hereby submits an amended notice of voluntary dismissal of her claims against Defendant Courtney Cole in the above-captioned matter, to reflect the voluntary dismissal <u>with prejudice</u> of her claims against Defendant Cole. Defendant Cole has not served any responsive pleading in this action (nor have any of the other defendants). Accordingly, Plaintiff provides this amended notice

of voluntary dismissal of her claims against Defendant Courtney Cole, with prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

        KATHERINE MERRILL DUNHAM,
        By her attorneys,

        _____/s/ Patricia Washienko_____
        Patricia A. Washienko, BBO# 641615
        pwashienko@washienkolaw.com
        Allison L. Williard, BBO # 692652
        awilliard@washienkolaw.com
        WASHIENKO LAW GROUP LLC
        211 Congress Street, Suite 720
        Boston, MA  02110
        p:  617.723.0008  f:  617.723.0009

Dated:  October 16, 2025