**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>Plaintiff,<br><br>v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>Defendants. | Civil Action No. 1:25-cv-12195-(JMJ) |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Paramount Global states that it is a wholly owned subsidiary of Paramount Skydance Corporation, a publicly traded company. Defendant CBS Broadcasting Inc. is an indirect subsidiary of Paramount Global. WBZ-TV is not a legal entity but the name of the television station owned and operated by Paramount Global.

Dated: November 24, 2025

Respectfully submitted,

DEFENDANTS PARAMOUNT GLOBAL AND CBS BROADCASTING INC; WBZ-TV,

By their attorneys,

*/s/ Mark W. Batten*
Mark W. Batten (BBO #566211)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Telephone: (617) 526-9850
Fax: (617) 526-9899
mbatten@proskauer.com

Alexandra (Lexie) Reynolds (BBO# 690501)
PO Box 52

2

Vestal, NY 13851
(973) 681-6386
(617) 526-9899 (Fax)
areynolds@proskauer.com

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on November 24, 2025, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notification of such filing to

all counsel of record.

*/s/ Mark W. Batten*
Mark W. Batten
