UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:25-cv-12195-(JMJ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Paramount Global, CBS Broadcasting Inc, WBZ-TV, Jason Mikell, Justin Draper, and Michael Roderick respectfully move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss claims I, IV, V, and VI against them by Plaintiff, Katherine Merrill Dunham. The grounds for this motion are more fully set forth in the accompanying memorandum of law and the declarations submitted or otherwise referenced herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request that the Court permit oral argument on this motion.

## COMPLIANCE WITH LOCAL RULES 7.1(a)(2)

Undersigned counsel hereby certify that they have conferred with opposing counsel, Patricia Washienko, and have attempted in good faith but without success to resolve or narrow the issues presented in this motion.

| | |
|---|---|
| Date: November 24, 2025 | Respectfully submitted, |

DEFENDANTS PARAMOUNT GLOBAL AND CBS BROADCASTING INC; WBZ-TV, JASON MIKELL, JUSTIN DRAPER, AND MICHAEL RODERICK

By their attorneys,
PROSKAUER ROSE, LLP

*/s/ Mark W. Batten*
Mark W. Batten (BBO# 566211)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
(617) 526-9850
(617) 526-9899 (Fax)
mbatten@proskauer.com

Alexandra (Lexie) Reynolds (BBO# 690501)
PO Box 52
Vestal, NY 13851
 (973) 681-6386
(617) 526-9899 (Fax)
areynolds@proskauer.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's ECF filing system, this 24th day of November, 2025.

 /s/ *Mark W. Batten*
Mark W. Batten