UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-12195-(JMJ) |

## **DECLARATION OF MARK W. BATTEN**

I, Mark W. Batten, declare as follows:

1. I am a member of the law firm Proskauer Rose LLP, attorneys for Defendants Paramount Global, CBS Broadcasting Inc., WBZ-TV, Jason Mikell, Justin Draper, and Michael Roderick in the above-captioned action. I am fully familiar with the facts set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the employment agreement between Plaintiff Katherine Merrill Dunham ("Merrill") and WBZ in effect during the relevant time period, as provided by Paramount Global.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the applicable sections of SAG-AFTRA-WBZ-TV Announcers and Freelance Performers Collective Bargaining Agreement in effect during the relevant time period, as provided by Paramount Global.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Charge of Discrimination filed by Merrill with the Massachusetts Commission Against Discrimination and the Equal Employment Opportunity Commission dated September 16, 2024.

5. Attached as an appendix to this declaration is a Table of Contents of the aforementioned exhibits in accordance with this Court's Standing Order, Paragraph F.

6. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on November 24, 2025                    _/s/ Mark W. Batten_____
                                                 Mark W. Batten

# APPENDIX

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>       Plaintiff,<br><br>    v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>       Defendants. | Civil Action No. 1:25-cv-12195-(JMJ) |

## Table of Contents for Exhibits to Defendants' Motion to Dismiss

| Exhibit 1 | Employment Agreement between Katherine Merrill Dunham and WBZ-TV, dated May 5, 2022 |
|---|---|
| Exhibit 2 | SAG-AFTRA-WBZ-TV Collective Bargaining Agreement: Announcers and Freelance Performers, dated July 6, 2023 |
| Exhibit 3 | Massachusetts Commission Against Discrimination Charge, dated September 16, 2024 |