# EXHIBIT 2

## SAG-AFTRA-WBZ-TV AGREEMENT

## ANNOUNCERS AND FREELANCE PERFORMERS

**AGREEMENT** made this 6th day July 2023 between the SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, New England Local (AFL-CIO) an association, organized and existing under the laws of the State of Delaware and having its principal office at 5757 Wilshire Boulevard, Los Angeles, CA 90036 party of the first part (hereinafter called " SAG-AFTRA") and WBZ-TV, owned and operated by CBS BROADCASTING INC., and having offices at 1170 Soldiers Field Road, Boston, Massachusetts, 02134, party of the second part (hereinafter called "Company"), owning and operating WBZ-TV in Boston (hereinafter called the "Stations").

In consideration of the covenants and agreements herein contained, it is agreed as follows:

**Section 1.**    **CERTIFICATION:**

SAG-AFTRA has been certified by the National Labor Relations Board as the exclusive bargaining agent for –

"All persons who are regularly employed by the Company at Stations WBZ-TV, Boston, Massachusetts, as staff or freelance announcers (hereinafter called "Announcers"), staff or freelance meteorologists, and actors, dramatic narrators, singers, dancers, news, sports and so-called women's shopping service commentators (hereinafter called "Artists") but excluding all persons who are employed primarily for their specialized knowledge and training in fields outside of the required abilities of an Announcer or Artists, the authoritative voicing of which is dependent upon such knowledge and training, and excluding producers and all other supervisory employees and guards as defined in the Labor Management Relations Act of 1947".  The term "Freelance Performer" in this Agreement includes all Freelance Announcers and Artists.



1





Section 4.    MANAGEMENT RIGHTS:

Subject to the terms of this Agreement, the Union recognizes that it is the responsibility and right of the Employer to maintain proper discipline and efficiency and agrees that the Employer shall have the freedom of action necessary to discharge its responsibility for the successful operation of its facilities. The responsibility includes but is not limited to the determination of the number and location of its stations; the selection of those with whom it will do business; the determination of the programs to be broadcast; the types of work to be performed so long as the work is of the nature of work covered by this Agreement; the right to select, hire, promote, and assign said work to be performed by employees; and the right to make and apply reasonable rules and regulations for discipline and safety subject to the terms of this Agreement.

SAG-AFTRA acknowledges the Company's right to formally and informally critique employees, including conducting oral and/or written performance evaluations. Nothing in connection with such a performance review process shall be subject to grievance and/or arbitration.



3



4



5



**Section 11.    RATIFICATION:**

This Agreement is subject to ratification and counter-signature by the National Board of the American Federation of Television and Radio Artists.

**IN WITNESS WHEREOF** the parties have hereunto affixed their hands and seals the day and year first above written.

|  |  |
|---|---|
| **STATION WBZ-TV** | **SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS** |
| By: _____<br>    Justin Draper<br>    President/General Manager | By: _____<br>    Jessica Maher<br>    Executive Director |
| Date: _____ | Date: _____ |

**APPROVED AND RATIFIED:**

**National Board, Screen Actors Guild-American Federation of Television and Radio Artists**

By: _____
    Mary Cavallaro
    Chief Broadcast Officer

Date: _____

7