UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>    Plaintiff,<br><br>v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>    Defendants. | Civil Action No. 1:25-cv-12195-(JMJ) |

**JOINT MOTION FOR EXTENSION OF DEFENDANTS' TIME TO ANSWER COMPLAINT AND OF PLAINTIFF'S TIME TO OPPOSE MOTION TO DISMISS**

Defendants Paramount Global, CBS Broadcasting Inc, WBZ-TV, Jason Mikell, Justin Draper, and Michael Roderick (collectively, "Defendants") and Plaintiff Katherine Merrill Dunham ("Plaintiff") respectfully jointly move to (1) extend Defendants' time to file an Answer to the Complaint to 10 days after a ruling on Defendants' Motion to Dismiss, and (2) extend Plaintiff's time to oppose Defendants' Motion to Dismiss by 14 days.

Plaintiff filed her Complaint and Demand for Jury Trial on August 5, 2025 and served the Complaint on Defendants on September 23, 2025. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' Response is currently due November 24, 2025. Concurrently with this motion, Defendants file a Motion to Dismiss Counts I, IV, V, and VI. The parties jointly consent to extend Defendants' time to file an Answer as to Counts II and III (as well as any remaining Counts) to the Complaint to 10 days after a ruling on Defendants' Motion to Dismiss. The parties further jointly consent to extend Plaintiff's time to oppose Defendants' Motion to Dismiss by 14 days, bringing Plaintiff's Opposition deadline from December 8, 2025 to December 22, 2025. The

requested extensions will not unduly delay these proceedings and will not prejudice any parties. The parties both assent to these extension requests.

WHEREFORE, Defendants and Plaintiff respectfully request that this motion be granted and Defendants time to Answer the Complaint be extended to 10 days after the Court's ruling on Defendants' Motion to Dismiss and Plaintiff's time to oppose Defendants' Motion to Dismiss be extended to December 22, 2025.

Date: November 24, 2025                          Respectfully submitted,

| | |
|---|---|
| KATHERINE MERRILL DUNHAM | PARAMOUNT GLOBAL AND CBS BROADCASTING INC; WBZ-TV, JASON MIKELL, JUSTIN DRAPER, AND MICHAEL RODERICK |
| By her attorneys,<br>WASHIENKO LAW GROUP LLC | By their attorneys,<br>PROSKAUER ROSE, LLP |
| */s/ Patricia A. Washienko*<br>Patricia A. Washienko (BBO# 641615)<br>Allison L. Williard (BBO# 692652)<br>WASHIENKO LAW GROUP<br>211 Congress Street, Suite 720<br>Boston, MA 02110<br>(617) 723-0008<br>pwashienko@washienkolaw.com<br>awilliard@washienkolaw.com | */s/ Mark W. Batten*<br>Mark W. Batten (BBO# 566211)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9850<br>mbatten@proskauer.com<br><br>Alexandra (Lexie) Reynolds (BBO# 690501)<br>PO Box 52<br>Vestal, NY 13851<br>(973) 681-6386<br>(617) 526-9899 (Fax)<br>areynolds@proskauer.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's ECF filing system, this 24th day of November, 2025.

                           */s/ Mark W. Batten*
                           Mark W. Batten