# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>    Plaintiff,<br><br>v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, COURTNEY COLE, JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>    Defendants. | Civil Action No. 1:25-cv-12195-(JMJ) |

### JOINT MOTION FOR EXTENSION OF PLAINTIFF'S TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS TO REPLY THERETO

Plaintiff Katherine Merrill Dunham ("Plaintiff") and Defendants Paramount Global, CBS Broadcasting Inc, WBZ-TV, Jason Mikell, Justin Draper, and Michael Roderick (collectively, "Defendants") respectfully jointly move to extend Plaintiff's time to oppose Defendants' Motion to Dismiss to January 16, 2026, and Defendants' time to reply to January 28, 2026. As grounds for this Joint Motion, the parties state as follows:

Plaintiff filed her Complaint and Demand for Jury Trial on August 5, 2025 and served the Complaint on Defendants on September 23, 2025.  Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' Response was due November 24, 2025 but Defendants moved to dismiss Counts I, IV, V, and VI of Plaintiff's Complaint, and the parties jointly consented to extend Defendants' time to file an Answer as to Counts II and III (as well as any remaining Counts) to the Complaint to 10 days after a ruling on Defendants' Motion to Dismiss and also jointly consented to extend Plaintiff's time to oppose Defendants' Motion to Dismiss by 14 days, bringing Plaintiff's Opposition deadline from December 8, 2025 to December 22, 2025. On November 24, 2025, the

parties jointly moved for extensions reflecting their above requests. On November 25, 2025, the Court granted the parties' Joint Motion.

While Plaintiff's counsel intended and has worked in good faith to meet the December 22, 2025 deadline, opposing counsel in a state court matter unexpectedly served four dispositive motions on December 1, which has left Plaintiff's counsel in this matter unable to meet the December 22 deadline.

Relatedly, Defendants' counsel in this matter have informed Plaintiff's counsel that, due to the upcoming holidays, they would be unable to Reply within the time frame prescribed in the Court's Standing Order (*i.e.*, by December 29) and they, themselves, would be forced to seek leave of Court for an extension of time (which Plaintiff's counsel would have been amendable to). In other words, an extension to Plaintiff's deadline will obviate the need for Defendants to request their own extension. Thus, Plaintiff's counsel and Defendants' counsel jointly move this Court to extend the deadline for Plaintiff to submit an Opposition to Defendants' Motion to Dismiss until January 16, 2026, with Defendants Reply to follow thereafter with a brief extension beyond the seven days permitted by this Court's applicable Standing Order from January 23, 2026 to January 28, 2026, in part because of the federal holiday on January 19, 2026.

The requested extension will not unduly delay these proceedings and will not prejudice any parties.  The parties both assent to this extension request.

WHEREFORE, Defendants and Plaintiff respectfully request that this motion be granted; that Plaintiff's deadline to respond to Defendants' Motion to Dismiss be extended to January 16, 2026; and that Defendants' deadline to reply be extended to January 28, 2026.

| | |
|---|---|
| Date: December 16, 2025 | Respectfully submitted, |
| KATHERINE MERRILL DUNHAM | PARAMOUNT GLOBAL AND CBS BROADCASTING INC; WBZ-TV, JASON MIKELL, JUSTIN DRAPER, AND MICHAEL RODERICK |
| By her attorneys,<br>WASHIENKO LAW GROUP LLC | By their attorneys,<br>PROSKAUER ROSE, LLP |
| */s/ Patricia A. Washienko*<br>Patricia A. Washienko (BBO# 641615)<br>Allison L. Williard (BBO# 692652)<br>WASHIENKO LAW GROUP<br>211 Congress Street, Suite 720<br>Boston, MA 02110<br>(617) 723-0008<br>pwashienko@washienkolaw.com<br>awilliard@washienkolaw.com | */s/ Mark W. Batten*<br>Mark W. Batten (BBO# 566211)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9850<br>mbatten@proskauer.com<br><br>Alexandra (Lexie) Reynolds (BBO# 690501)<br>PO Box 52<br>Vestal, NY 13851<br> (973) 681-6386<br>(617) 526-9899 (Fax)<br>areynolds@proskauer.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's ECF filing system, this 16th day of December, 2025.

  */s/ Patricia A. Washienko*
Patricia Washienko