# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

KATHERINE MERRILL DUNHAM,
Plaintiff,

v.

WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JASON MIKELL, JUSTIN DRAPER, and MICHAEL RODERICK,
Defendants.

Civil Action No. 1:25-cv-12195-(JMJ)

## AFFIDAVIT OF PLAINTIFF KATHERINE MERRILL DUNHAM

I, Katherine Merrill Dunham, under the pains and penalties of perjury, do hereby depose and state as follows:

1. I am the Plaintiff in the above-captioned matter.

2. In his interview of me in the conduct of his investigation, Defendant Michael Roderick did not, in violation of my union rights, permit me to have a union representative present. Nor did he, in the alternative, permit me to record the interview so I had a record of same.

3. I am aware that, in the conduct of his investigation, Defendant Michael Roderick spoke to and/or interviewed Trisha Wilson, Eric Pearson, Chris Tanaka, Brian Foley and, upon information and belief, others of my colleagues at WBZ-TV.

Signed under the pains and penalties of perjury this 16 day of January, 2026.

_____
Katherine Merrill Dunham