# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KATHERINE MERRILL DUNHAM,

Plaintiff,

v.

WBZ-TV, COLUMBIA BROADCASTING
SYSTEM, INC., PARAMOUNT GLOBAL, INC.,
JUSTIN DRAPER, and MICHAEL RODERICK,

Defendants.

Civil Action No. 1:25-cv-12195-(JMJ)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, the undersigned counsel and Plaintiff Katherine Merrill Dunham certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: July 8, 2026

Katherine Merrill Dunham

Respectfully submitted,

Patricia A. Washienko (BBO #641615)
Allison L. Williard (BBO #692652)
WASHIENKO LAW GROUP
211 Congress Street, Suite 720
617-723-0008
pwashienko@washienkolaw.com
awilliard@washienkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's ECF filing system, this 8th day of July, 2026.

Patricia A. Washienko

2