**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KATHERINE MERRILL DUNHAM,<br><br>               Plaintiffs,<br><br>        v.<br><br>WBZ-TV, COLUMBIA BROADCASTING SYSTEM, INC., PARAMOUNT GLOBAL, INC., JUSTIN DRAPER, and MICHAEL RODERICK,<br><br>               Defendants. | Civil Action No. 25-12195-MJJ |

**CERTIFICATION**

Pursuant to Local Rule 16.1(D), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/Daniel Paretsky_____ _____
WBZ-TV
COLUMBIA BROADCASTING SYSTEM, INC.
PARAMOUNT GLOBAL, INC.

/s/Justin Draper_____

/s/Michael Roderick_____

/s/Mark W. Batten_____
Mark W. Batten, BBO #566211
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9850
mbatten@proskauer.com

Alexandra (Lexie) Reynolds, BBO #690501
PO Box 52
Vestal, NY 13851
(973) 681-6386
areynolds@proskauer.com


Dated: July 8, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by operation of the Court's ECF filing system, this 8th day of July, 2026.

_/s/Mark W. Batten_
Mark W. Batten

6