**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

KATHERINE MERRILL DUNHAM,

               Plaintiff,

      v.

WBZ-TV, COLUMBIA BROADCASTING
SYSTEM, INC., PARAMOUNT GLOBAL, INC.,
JASON MIKELL, COURTNEY COLE, JUSTIN
DRAPER, and MICHAEL RODERICK,

               Defendants.

Civil Action No. 1:25-cv-12195-(JMJ)

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Alexandra (Lexie) Reynolds, hereby enters her appearance in the above captioned matter on behalf of Defendants Paramount Global, CBS Broadcasting, Inc, WBZ-TV, Justin Draper, and Michael Roderick.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Alexandra (Lexie) Reynolds*
Alexandra (Lexie) Reynolds (BBO #690501)
PROSKAUER ROSE LLP
PO Box 52
Vestal, NY  13851
Telephone: (973) 681-6386
Fax: (617) 526-9899
areynolds@proskauer.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notification of such filing to all counsel of record.

<u>*/s/ Alexandra (Lexie) Reynolds*</u><br>Alexandra (Lexie) Reynolds